# Exhibit "A"

# Sheldon E. Levy, CPA

6320 Southwest Blvd., Suite 204  
Fort Worth, Texas 76109  
(817) 731-6167

|  |  |
|---|---|
|  | Invoice Date: July 8, 2013 |
|  | Invoice No: 14587 |

Christopher J. Moser, Trustee

Re: MOSS CONSTRUCTION CO., INC.         CASE NO. 08-43515-BTR-7

| Date: | Description: | |
|---|---|---|
| 02/26/13 | Prepare accountant's employment application | .5 |
| 06/24/13 | Compile financial statements for tax return | 3.0 |
| 06/27/13 | Preparation of 2009 Form 1120 US Corporation Income Tax Return | 3.5 |
| 06/28/13 | Preparation of 2010 Form 1120 US Corporation Income Tax Return | 3.5 |
| 06/28/13 | Preparation of 2011 Form 1120 US Corporation Income Tax Return | 3.5 |
| 07/01/13 | Preparation of 2012 Form 1120 US Corporation Income Tax Return | 3.5 |
| 07/02/13 | Prepare request for prompt determination letters | .5 |
| 07/02/13 | Review returns and submit to trustee for filing. | .5 |
| 07/08/13 | Prepare fee application | .5 |
|  |  | 19.0 |

|  |  |
|---|---|
| Professional time—19 @ $250 | $4,750.00 |
| Expenses | 357.40 |
| Amount Due | $5,107.40 |

| Expenses | |
|---|---|
| Copies | 22.00 |
| Long distance | 4.25 |
| Postage | 94.15 |
| Mailing | 187.00 |
| Tax software Computer charge | 50.00 |
|  | 357.40 |