IN THE UNITED STATES BANKRUPTCY COURT
FOR THE    DISTRICT OF

IN RE: §
§
MOSS CONSTRUCTION CO., INC. §    Case No. 08-43515
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION
AND DEADLINE TO OBJECT TO TFR

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that CHRISTOPHER J. MOSER, trustee of the above styled estate, has filed a Trustee's Final Report which is summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

   The Trustee's Final Report and Application for Compensation referenced in the Notice (NFR) is available for public inspection in the office of the United States Bankruptcy Court, at the following address:

| Tyler & Marshall Divisions | Sherman & Texarkana Divisions | Beaumont & Lufkin Divisions |
|---|---|---|
| Plaza Tower | Wells Fargo Bank Building | Jack Brooks Federal Buildings |
| 110 N. College Avenue, 9th Floor | 660 N. Central Expressway, 3rd Floor | 300 Willow Street, 1st Floor |
| Tyler, TX 75702 | Plano, TX 75074 | Beaumont, TX 77701 |

   The Trustee's Final Report also may be viewed at the Court's website at **www.txeb.uscourts.gov**. To view the document, click on "Trustee Reports and Data" under the Online Services tab and then click the hyperlink entitled "Chapter 7 Asset Case Trustee Final Reports." Scroll down through the list of cases and click on the case number of the Final Report you wish to view. The documents are listed by date of filing, beginning with the most recently filed report. There is no charge to view, print or download this document from the website. The Trustee's Final Report is also available through PACER, appropriate charges for this service will be assessed.

   Any person wishing to object to the Trustee's Final Report or the Application for Compensation contained therein must file a written objection with the Clerk of the United States Bankruptcy Court and serve a copy of such objection upon the trustee and the United States Trustee **within thirty (30) days of the date of this notice.** If no objection to the Final Report is timely filed and served, the Trustee may pay dividends contemplated by the Final Report pursuant to FRBP 3009 without further order of the Court. In such event, the notice required under FRBP 5009 shall be deemed satisfied and the presumption contemplated by that rule shall be invoked upon the filing of the Trustee's certification that the estate has been fully administered in the Trustee Distribution Report.

   If a written objection is filed in either instance, a hearing shall be scheduled and the Court will send notice of the scheduled hearing to you.

Date: 09/12/2013           By: Christopher J. Moser
                       Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MOSS CONSTRUCTION CO., INC. | § | Case No. 08-43515 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

The Final Report shows receipts of $

and approved disbursements of $

leaving a balance on hand of[1] $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000023 | LegacyTexas Bank | $ | $ | $ | $ |

Total to be paid to secured creditors $_____

Remaining Balance $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: CHRISTOPHER J. MOSER | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $          must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000037A | Arkansas Dept of Finance and | $ | $ | $ |
| 000038A | Arkansas Dept of Finance and | $ | $ | $ |

Total to be paid to priority creditors                                                              $_____

Remaining Balance                                                                                        $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be     percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Ervin Leasing Co. | $ | $ | $ |
| 000006 | People's United Equipment Finance Corp. | $ | $ | $ |
| 000007 | Texas Inlets, Inc. | $ | $ | $ |
| 000008 | CFI Computer Forms | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | Plano Power Equipment | $ | $ | $ |
| 000010 | Eubanks Excavation, Inc. | $ | $ | $ |
| 000011 | TTA/C Air Conditioning & Heating Parts | $ | $ | $ |
| 000013 | CNH Capital America LLC | $ | $ | $ |
| 000014 | Rental Service Corp. | $ | $ | $ |
| 000015 | City of McKinney | $ | $ | $ |
| 000016 | Redi-Mix Concrete | $ | $ | $ |
| 000017 | AICCO, Inc. | $ | $ | $ |
| 000018 | Holt Company of Texas | $ | $ | $ |
| 000020 | Euler Hermes ACI | $ | $ | $ |
| 000021 | American Express Bank, FSB | $ | $ | $ |
| 000022 | Green Aggregates, Inc. | $ | $ | $ |
| 000026 | Quill | $ | $ | $ |
| 000027 | FIA CARD SVCS/BANK OF AMERICA | $ | $ | $ |
| 000028 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ | $ | $ |
| 000029 | Verizon Wireless South | $ | $ | $ |
| 000032 | Wells Fargo Equipment Finance, Inc. | $ | $ | $ |
| 000033 | Wells Fargo Equipment Finance, Inc. | $ | $ | $ |
| 000034 | Caterpillar Financial Services Corp | $ | $ | $ |
| 000037B | Arkansas Dept of Finance and | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000038B | Arkansas Dept of Finance and | $ | $ | $ |
| 000039 | Texas Commission Environmental Quality | $ | $ | $ |
| 000023B | LegacyTexas Bank | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance        $_____

Tardily filed claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000035 | Unum Life Insurance Company of America | $ | $ | $ |
| 000036 | Glenn Thurman, Inc. | $ | $ | $ |
| 000041 | eCAST Settlement Corp | $ | $ | $ |

Total to be paid to tardy general unsecured creditors        $_____

Remaining Balance        $_____

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

        Prepared By: /s/Christopher J. Moser
        Chapter 7 Trustee

*CHRISTOPHER J. MOSER*
*2001 BRYAN STREET, SUITE 1800*
*DALLAS, TX 75201*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.